[Donoatya] [Adversary Order of Impending Dismissal (Corporation)]

ORDERED.

Dated: May 17, 2018

_Catherine McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  
NU Alliance Company

     Debtor*     /

NU Alliance Company

     Plaintiff*

vs.

The Law Office of RUBIN LUBLIN, LLC

     Defendant*     /

Case No. 8:18–bk–03533–CPM
Chapter 7

Adv. Pro. No. 8:18–ap–00241–CPM

### ORDER OF IMPENDING DISMISSAL

    THIS PROCEEDING was filed by a non–individual without legal counsel admitted to practice in the Middle District of Florida. Pursuant to Federal Rules of Bankruptcy Procedure 9010(a), a non–individual cannot appear in these proceedings except through counsel duly authorized to practice before this Court. *See Palazzo v. Gulf Oil Corp.,* 764 F.2d 1181 (11th Cir. 1985). Accordingly, it is

    *ORDERED:*

    1. Within 14 days, the Plaintiff shall retain the services of counsel authorized to practice in the Middle District of Florida, pursuant to the requirements as outlined in Local Rule 2090–1, who shall file an appropriate appearance within the time period.

    2. Failure of the Plaintiff to secure counsel or comply with the Federal Rules of Bankruptcy Procedure 1007 shall constitute reason for dismissal of this proceeding, and the Court on its own motion and without further notice will dismiss this proceeding without prejudice.

    3. If this proceeding is dismissed, the Plaintiff shall immediately pay to the Clerk of Court all fees due and owing pursuant to 28 U.S.C. 1930.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.

*Clerk's Office to Serve