Filed Via Mail
MAY 31 2018
CLERK US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division
5 Pages Scanned by LG

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

NU ALLIANCE COMPANY  
HOMERETENTION ®  
(SECURITY INTEREST HOLDERS)  
    Third Party Plaintiffs'

Case No. 8:18-bk-03533-CPM

Chapter: 7

_____

"NU ALLIANCE COMPANY"  
Alleged "DEBTOR"*  
(NO-ROBO SIGNED)

_____

NU ALLIANCE COMPANY  
    Plaintiff

Vs.

Adv. Pro. No. 8-18-ap-00241-CPM

Jeffrey S. Fraser (Fiduciary)  
JEFFREY S. FRASER, ESQ. (Fiduciary)  
BANK OF AMERICA, N.A. (Fiduciary)  
All Assigns and Agents Hereby are jointly  
& Severely and Bound AKA/FKA/DBA  
John lee doe 1-10,000  
    Third Party Defendants  
_____/

The Law Office of RUBIN LUBLIN, LLC

    Defendant*  
_____/

## AFFIDAVDIT IN REQUEST FOR EXTENSION OF TIME
## TO CURE DEFICIENCIES AND REQUEST TO RESHEDULE 341 MEETING

We hereby request from the United Bankruptcy Court Middle District of Florida, Tampa Division an extension of time to cure deficiencies and request to reschedule the scheduled 341 meeting on May 31, 2018 at 1:30 PM. For the following reasons:

1. So that we may retain legal counsel authorized to practice in the Middle District of Florida.

Thank you for taking the time to read and consider our request.

Respectfully submitted, May 24, 2018

*[signature]*  
NU ALLIANCE COMPANY  
7000 Eunice Drive  
Riverdale, GA 30274

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

NU ALLIANCE COMPANY                                Case No. 8:18-bk-03533-CPM

        Debtor*                                 Chapter: 7
_____/

NU ALLIANCE COMPANY

        Plaintiff*

Vs.                                                Adv. Pro. No. 8-18-ap-00241-CPM

The Law Office of RUBIN LUBLIN, LLC

        Defendant*
_____/

## CERTIFICATE OF SERVICE

This is to certify that I/we have this day served a copy of this Request upon defendants, all identified counsel of record and all parties of interest by depositing a true and correct copy of the same in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

U.S. Bankruptcy Court
Middle District of Florida
801 No. Florida Avenue
Tampa, FL 33602

Jeffrey S. Fraser, Esq.
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

Respectfully submitted, May 24, 2018

*Lazeunch Lawrence* (signature)

NU ALLIANCE COMPANY
7000 Eunice Drive
Riverdale, GA 30274

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re:

NU ALLIANCE COMPANY              Case No. 8:18-bk-03533-CPM
HOMERETENTION ®
(SECURITY INTEREST HOLDERS)
      Third Party Plaintiffs'                Chapter: 7

_____

"NU ALLIANCE COMPANY"
    Alleged "DEBTOR"*
    (NO-ROBO SIGNED)

_____

NU ALLIANCE COMPANY
           Plaintiff

Vs.                                                      Adv. Pro. No. 8-18-ap-00241-CPM

Jeffrey S. Fraser (Fiduciary)
JEFFREY S. FRASER, ESQ. (Fiduciary)
BANK OF AMERICA, N.A. (Fiduciary)
All Assigns and Agents Hereby are jointly
& Severely and Bound AKA/FKA/DBA
John lee doe 1-10,000
           Third Party Defendants
_____/

The Law Office of RUBIN LUBLIN, LLC

        Defendant*
_____/

## ORDER DENYING EMERGENCY MOTION TO VALIDATE POST-PETITION FORECLOSURE SALE AND FOR AN ORDER CONFIRMING <u>THE AUTOMATIC STAY IS NOT IN EFFECT</u>

THIS CASE came on for hearing on May 29, 2018 at 9:30 a.m. on the United States Trustee on the Emergency Motion to Validate Post-Petition Foreclosure Sale and for an Order Confirming the Automatic Stay Is Not In Effect filed by Jeffrey S. Fraser on behalf of "Creditor" Bank of America, N.A. Doc. No. 11. For the real property located at 5801 Rock Springs Road, Lithonia GA 30038. After reviewing the pleadings and considering the position of the parties in interest, deems this Order Accordingly, it is

**ORDERED:**

The Motion is GRANTED.

1. Because Alleged Creditor/Movant was provided notice in time to stop the sale from being completed in favor of the Alleged Creditor/Movant.

2. Because the Alleged Creditor/Movant filed their Motion on May 18, 2018 after the sale was already rescinded by the Alleged Creditor/Movant's counsel Rubin Lublin, LLC on May 17, 2018.

3. Because there is no prior Chapter 7 Bankruptcy case filing for the Alleged "Debtor" NU ALLIANCE COMPANY filed before April 30, 2018 Federal Employer Identification Number 33-2665261 in the Middle District of Florida.

**ORDERED:** The Emergency Motion to Validate Post-Petition Foreclosure Sale and for an Order Confirming the Automatic Stay Is Not In Effect filed by Jeffrey S. Fraser on behalf of Creditor Bank of America, N.A. Doc. No. 11 is denied.

Nu Alliance Company is directed to serve a copy of this order on interested parties who are non-CM/EF users and to file a proof of service within three days of entry of the order.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In Re:

NU ALLIANCE COMPANY                                Case No. 8:18-bk-03533-CPM

        Debtor*                                Chapter: 7
_____/

NU ALLIANCE COMPANY

        Plaintiff*

Vs.                                                Adv. Pro. No. 8-18-ap-00241-CPM

The Law Office of RUBIN LUBLIN, LLC

        Defendant*
_____/

## CERTIFICATE OF SERVICE

This is to certify that I/we have this day served a copy of this Proposed Order upon defendants, all identified counsel of record and all parties of interest by depositing a true and correct copy of the same in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

U.S. Bankruptcy Court
Middle District of Florida
801 No. Florida Avenue
Tampa, FL 33602


Jeffrey S. Fraser, Esq.
Albertelli Law
P.O. Box 23028
Tampa, FL 33623


Respectfully submitted, May 30, 2018

*/s/ Layerick Lawrence*
NU ALLIANCE COMPANY
7000 Eunice Drive
Riverdale, GA 30274