Filed via Mail
MAY 29 2018
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

28 Pages Scanned by LG

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION


In Re:                                                    Case No. 8:18-bk-03533-CPM

NU ALLIANCE COMPANY©™                                     NO HEARING REQUESTED
HOME RETENTION®℠
(SECURITY INTEREST HOLDERS)
    Third Party Plaintiffs'

_____

"NU ALLIANCE COMPANY"
    Alleged "DEBTOR"*
  (NO-ROBO SIGNED)

_____

NU ALLIANCE COMPANY
    Plaintiff


Vs.                                                       Adv. Pro. No. 8-18-ap-00241-CPM


Jeffrey S. Fraser (Fiduciary)
JEFFREY S. FRASER, ESQ. (Fiduciary)
BANK OF AMERICA, N.A. (Fiduciary)
All Assigns and Agents Hereby are jointly
& Severely and Bound AKA/FKA/DBA
JOHN LEE DOE 1-10,000
    Third Party Defendants
_____/


The Law Offices of RUBIN LUBLIN, LLC
    Defendant*
_____/


**PLAINTIFFS' MOTION TO STRIKE DEBTORS REQUEST HEARING TO VALIDATE POST-PETITION FORECLOSURE SALE & ORDER TO CONFIRM THE REMOVAL OF AUTOMATIC STAY WITH PROOF OF SUPERIOR CLAIM & PROOF OF SERVICE TO ALL DEBTORS**

COMES NOW, **NU ALLIANCE COMPANY**, ("the Debtor") hereby moves pursuant to §362 (a)(h) to Object to the Emergency Motion to Validate Post-Petition Foreclosure Sale For an Order Confirming the Automatic Stay is Not In Effect-Emergency Hearing Requested filed by BANK OF AMERICA, N.A. ("the Movant") by and through their counsel Jeffrey S. Fraser, Esq. of Albertelli Law and in support respectfully stating as follows:

1. On May 17, 2018 the Dispossessory Civil Action Case No. 18D44002 filed by the third party purchaser (the "3PP") Simone Marshall of Plumeria Enterprises, Inc. In The Magistrate Court of Dekalb County, State of Georgia for possession of the property located at 5801 Rock Springs Rd., Lithonia, GA 30038, was voluntary dismissed by the 3PP's counsel because the 3PP was informed the foreclosure sale was rescinded. This is a direct contradiction of the Movant Emergency Motion filed on May 18, 2018 and Certification of Necessity of Request for Emergency hearing filed on May 21, 2018 by their counsel Jeffrey S. Fraser, Esq. of Albertelli Law. (See attached Exhibit A).

   As the Movant counsel Jeffrey S. Fraser, Esq. of Albertelli Law, claimed to have Certified in his filed Certification of Necessity of Request for Emergency hearing, as a member of the Bar of the Court, that he has carefully examined the matter under consideration and to the best of his knowledge, information and Belief formed after reasonable inquiry, all allegation are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation.

   Counselor further claims to certify that their client the Movant seeks validation of the foreclosure sale held on May 1st, 2018 requires a hearing.

   Counselor further claims to certify that the necessity of this emergency hearing has not been caused by a lack of due diligence on his part.

   Counselor further claims to certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

2. On May 21, 2018 Counselor Jeffrey S. Fraser, Esq. of Albertelli Law, filed Certification of Necessity of Request for Emergency hearing is a direct Violation Under Rule 9011(b)(3), by presenting a bankruptcy court with a petition, pleading, motion, or other paper, the attorney or unrepresented party is certifying, among other things, that the allegations and other factual contentions have evidentiary support. Rule 9011 incorporates an objective standard, the application of which involves the following two-step analysis: "whether the party's claims are objectively frivolous in view of the facts or law and then, if they are, whether the person who signed the pleadings should have been aware that they were frivolous; that is, would he have been aware had he made a reasonable inquiry." A court must look beyond the party's subjective intent to determine whether, under the circumstances, a reasonable person would have taken the same actions. Factually groundless allegations where the presenter offers no cognizable evidence to support his or her allegations merit Rule 9011 sanctions. And, significant to the facts at issue here, Rule 9011 does not exclude non-lawyers from its operation. *(See Judge McEwen Sanctions Green Tree under FRBP 9011)*

3. On May 8, 2018 the Debtor received a letter from the Movant stating that were notified of the Debtors bankruptcy case. (See attached Exhibit B).

4. On May 1, 2018 the Law office of RUBIN LUBLIN, LLC and their "Alleged" client BANK OF AMERICA, N.A., proceeded with an foreclosure auction sale on the property located at 5801 Rock Springs Rd., Lithonia, GA 30038 and 6236 Katelyn Park, Lithonia GA 30058 after they were notified by via fax at 12:50 am Est., 2:52 am Est. and 1:11 am Est. that NU ALLIANCE COMPANY (Owner of both properties) filed a Bankruptcy Petition Case #18-03533. Anjali Khosla of RUBIN LUBLIN, LLC law office confirmed receipt of the NU ALLIANCE COMPANY filed Bankruptcy Petition. Anjali Khosla counsel for the Law Office of RUBLIN LUBLIN also confirmed that the Law Office of RUBIN LUBLIN, LLC was going to continue with the scheduled foreclosure sale despite knowing and confirming acknowledgment of the filed Bankruptcy Petitions. (See attached Exhibit C).

5. Furthermore, On April 27, 2018 Anthony Ross (who previously obtained the Security Deed from the Movant) notified the Law office of RUBIN LUBLIN, LLC. by Certificate of Service via Federal Express (Tracking # 780703212298) signed by T. Mitchell at approximately 9:43 am at their office location 3145 Avalon Ridge Place, Ste. 100, Peachtree Corners, GA 30071, that the Law Office of RUBIN LUBLIN, LLC and their "Alleged" client BANK OF AMERICA, N.A. and their "Alleged" client WILMINGTON SAVINGS FUND SOCIETY, FSB TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A (for the property located at 6236 Katelyn Park, Lithonia, GA 30058) have been added to Bankruptcy Case #16-74455 as Creditors. (See attached Exhibit D).

6. On May 3, 2018 Anthony Ross filed a Notice of Complaint for Violation of the Automatic Stay Pursuant to Section 362 (a),(h) against the Law office of RUBIN LUBLIN, LLC and their "Alleged" client BANK OF AMERICA, N.A. and their "Alleged" client WILMINGTON SAVINGS FUND SOCIETY, FSB TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A. Which the Law Office of RUBIN LUBLIN, LLC was notified of the complaint filing.

7. The Law Office of RUBIN LUBLIN, LLC and their "Alleged" clients were also notified that Doris Ross & Anthony Ross have revoked, and terminated, and rescinded all Powers of Attorney, in fact or otherwise, previously assigned by Doris Ross & Anthony Ross, implied in law, by trust or otherwise, with or without my consent and/or knowledge, as such pertains to any property, located at 5801 Rock Springs Rd., Lithonia, GA 30038 real or personal, Promissory Note/Loan/Security Deed of Trust Recorded October 22, 2007 in Deed Book 20387, Page 280 on the above mentioned property Notice of Revocation of Power Of Attorney was recorded in the Clerk of Superior Court Dekalb County, Book 26872 Pg. 529 and Doris Ross property, located at 6236 Katelyn Park, Lithonia, GA 30058 real or personal, Promissory Note/Loan/Security Deed of Trust Recorded June 23, 2005 in Deed Book 17606, Page 516 on the above mentioned property Notice of Revocation of Power Of Attorney was recorded in the Clerk of Superior Court Dekalb County, Book 26872 Pg. 491.

8. The Movant avers "Creditors" alleges with this Court that the Debtor "never" provided notice in time to stop the sale from being completed in favor of the Movant, therefore a 3PP proceeded to purchase the property and take related actions consistent with ownership. Which is another direct contraction of the Fedex tracking confirmation, fax confirmations and the Movant counsel Jeffrey S. Fraser, Esq. of Albertelli Law alleged due diligence.

9. On April 30, 2018, the Debtor NU ALLIANCE COMPANY federal Employer Identification Number 33-2665261 filed their 1st instant Chapter 7 bankruptcy case 8:18-bk-03533-CPM in the Middle District of Florida. The Movant counsel Jeffrey S. Fraser, Esq. of Albertelli Law is deliberately slandering NU ALLIANCE COMPANY's name.

10. The Movant seeks validation of the state court's foreclosure sale in its favor and such relief based on erroneous fabricated allegations by the Movant counsel Jeffrey S. Fraser, Esq. of Albertelli Law as a member of the Bar of the Court whom claimed to certify that the necessity of request for emergency hearing has not been caused by the lack of due diligence on their part.

11. Based upon the Finding of Facts this motion filed by the Movant counsel Jeffrey S. Fraser, Esq. of Albertelli Law has not been filed in good faith and is Prima Facie and according to Uniform Commercial Code UCC3-505 is deemed as defiant and without merit and without consistency. There is no need for an emergency hearing if the sale has already been rescinded.

12. Furthermore, Regardless of the both Debtors Bankruptcy filing petitions the Law Office of RUBIN LUBLIN, LLC and their "Alleged" clients BANK OF AMERICA, N.A., Willfully Violated the Bankruptcy Reform Act of 1978 Pursuant to Section 362 (a),(h) and proceeded with the foreclosure auction sale on the property located at 5801 Rock Springs Rd., Lithonia, GA 30038 and 6236 Katelyn Park, Lithonia GA 30058 On May 1, 2018. The Law Office of RUBIN LUBLIN, LLC and their "Alleged" clients BANK OF AMERICA, N.A., actions were malicious and done willfully in conscious disregard of the rights of the Debtors in that the actions were calculated to injure the Debtors.

**HEREBY,** The Debtor Respectfully Requests that this Court issues an Estoppel and the case to be sealed with prejudice and sanctions against the Movant "Creditors" and their counsel Jeffrey S. Fraser, Esq. of Albertelli Law from engaging in future misconduct and the erroneous frivolous groundless allegations presented by the Movant counsel that offers no cognizable evidence to support his allegations and that Movant requested Emergency Motion to Validate Post-Petition Foreclosure Sale hearing be cancelled.

Respectfully submitted, this 24th day of May, 2018

NU ALLIANCE COMPANY
7000 Eunice Drive
Riverdale, GA 30274

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In Re:

NU ALLIANCE COMPANY                                    Case No. 8:18-bk-03533-CPM

        Debtor*                                    Chapter: 7

_____/

NU ALLIANCE COMPANY

        Plaintiff*

Vs.                                                    Adv. Pro. No. 8-18-ap-00241-CPM

The Law Office of RUBIN LUBLIN, LLC

        Defendant*

_____/

### CERTIFICATE OF SERVICE

This is to certify that I/we have this day served a copy of this Complaint upon defendants, all identified counsel of record and all parties of interest by depositing a true and correct copy of the same in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

U.S. Bankruptcy Court
Middle District of Florida
801 No. Florida Avenue
Tampa, FL 33602

Jeffrey S. Fraser, Esq.
Albertelli Law
P.O. Box 23028
Tampa, FL 33623

Respectfully submitted, May 24, 2018

NU ALLIANCE COMPANY
7000 Eunice Drive
Riverdale, GA 30274

## IN THE MAGISTRATE COURT OF DEKALB COUNTY
## STATE OF GEORGIA

```
┌─────────────┐
│  EXHIBIT    │
│     A       │
└─────────────┘
```

**SIMONE MARSHALL,**

    **Plaintiff,**

**v.**

**ANTHONY ROSS OR OCCUPANT,**

    **Defendant.**

**CIVIL ACTION**
**CASE NO. 18-D-44002**

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, by and through her undersigned counsel, and dismisses this case without prejudice because she has been informed the foreclosure sale is being rescinded.

Dated: May ___**17TH**___, 2018.

_____
Mark Thomas, GA Bar No. 141953
708 Church St., Decatur, GA 30030
404-939-1099 · 404-935-9399 (fax)
mt@mthomaslawfirm.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Notice of Voluntary Dismissal by first class mail to the Defendant, Anthony Ross, at 5801 Rock Spring Rd., Lithonia, GA 30038.

On this ___**17TH**___ day of May, 2018.

_____
Mark Thomas, GA Bar No. 141953

# EXHIBIT

# B



## Bank of America 

Customer Core Correspondence Unit SV-3148
PO Box 5170
Simi Valley, CA 93062-5170

ɪɹɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|ɪɪ|

AB 0509   031 000       00049 N#01 SP 0.408
NU ALLIANCE COMPANY
7000 EUNICE DR
RIVERDALE GA 30274-3110

**Date:** May 8, 2018

**Account No.:** 876807570

**Case number:** 18-03533

**Customer name:** DORIS M ROSS

**Property Address:**
5801 ROCK SPRINGS RD
LITHONIA, GA  30038

# Home retention options are available during bankruptcy

THIS IS NOT AN ATTEMPT TO COLLECT A DEBT, A DEMAND FOR PAYMENT OR AN ATTEMPT
TO IMPOSE PERSONAL LIABILITY ON YOU FOR A DEBT

We were recently notified of the above-referenced bankruptcy case. Even though you are in
bankruptcy, and consequently, we will not take any steps to collect a debt or demand payment
from you personally, we want you to know we offer a variety of home retention options that may
be available to you such as a loan modification. We also have other options such as a short sale or
deed in lieu of foreclosure.

Please note bankruptcy court approval may be required before any home retention option is
finalized for borrowers in active bankruptcy cases.

## What you can do

If you are interested in pursuing a home retention option, please contact us at 1-800-669-6650,
with your account number. You can also mail us at Bank of America, PO Box 31785, Tampa, FL
33631-3785. Please be advised, we may need specific financial information, the reason for
default and other relevant verification documents to determine what options are available. Once
we have all the information, we normally take no more than 30 days to provide a decision on the
request.

If you were being considered for a home retention option prior to the bankruptcy filing, you can
notify us if you would like to continue to explore these options.

If you are eligible for a home retention option, and bankruptcy court approval of the agreement is
required, the expense of obtaining such approval would be your responsibility.

Please note that all funds received from the Trustee during the loan modification review, trial
term, and court approval process will be applied and credited to the account. The proper
adjustments will be made to the account after final completion of the loan modification process.

Bank of America, N.A. is required by law to inform you that this communication is from a debt
collector. If you are currently in a bankruptcy proceeding or have previously obtained a discharge
of this debt under bankruptcy law, this notice is for informational purposes only and is not an
attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a
discharged debt.

Bank of America and the Bank of America logo are registered trademarks of the Bank of America Corporation.
Bank of America, N.A. Member FDIC. © 2017 Bank of America Corporation.

## Helpful resources

Learn more online at bankofamerica.com/homeloanhelp.

You can also seek assistance at no charge from U.S. Department of Housing and Urban Development (HUD)-approved housing counselors by calling 800.569.4287 or accessing the search tool at hud.gov/offices/hsg/sfh/hcc/fc/ to find a counselor near you. Additional assistance in understanding this notice is available at the **HOPE Hotline number** 888.995.HOPE

Written Notices of Error, Requests for Information, and Qualified Written Requests (as defined in RESPA) must be sent to:

Bank of America, N.A.
PO Box 942019
Simi Valley, CA 93094-2019

## Questions?

If you have any questions, please call us at 1-800-669-6650. We look forward to working with you.

Bankruptcy Specialist
Bank of America, N.A.



> **EXHIBIT C**

| **To:** | Rubin Lublin, LLC | **From:** | Nu Alliance Company |
|---|---|---|---|
| | Foreclosure /Bankruptcy Department | | |
| **Fax:** | 404-601-5846 | **Pages:** | 2 |
| **Phone:** | 877-813-0992 | **Date:** | 05/1/2018 |
| **Re:** | Notice of Bankruptcy Filing | **cc:** | |

✓ ☐ *Urgent* ☐ *For Review* ☐ *Please Comment* ☐ *Please Reply* ☐ *Please Recycle*

● **Comments:**

Hello:

Please see the attached Notice of Bankruptcy filing for the following below:

**Nu Alliance Company          Case # 18-03533**

**Property address:**
5801 Rock Springs Rd.
Lithonia, GA 30038

Name: Doris Ross & Anthony Ross
File Number: BAC-18-01109-1

**Nu Alliance Company is the owner of the above mentioned property, Deed recorded in the Clerk of Superior Court Dekalb County Book 26872, Page 519. This is a request to cancel the scheduled sale for May 1, 2018 on the above mentioned property.**

**According to the United States Bankruptcy Provision Code 11 U.S.C. 362 an automatic stay is imposed on the property.**

Thank you
Nu Alliance Company
470-253-4591



**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE _____ District of FLORIDA _____
(State)

Case number (*If known*): 18-03533 _____ Chapter 7

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**              NU ALLIANCE COMPANY

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    33-2665261

4. **Debtor's address**

   **Principal place of business**

   3630    AVENUE H W.
   Number    Street

   RIVIERA BEACH    FL    33404
   City    State    ZIP Code

   PALM BEACH
   County

   **Mailing address, if different from principal place of business**

   7000    EUNICE DRIVE
   Number    Street

   P.O. Box

   RIVERDALE    GA    30274
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number    Street

   City    State    ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____



Hi Nu Alliance,                                                    **Re: UNKNOWN**

The fax you sent through MyFax to 14046015846 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Date:** | 2018-05-01 04:50:37 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 75 seconds |
| **Receiving Machine Fax ID:** | 14046015846 |

If you have any questions, please call (866) 563-9212 or visit our online help center at www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

    

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Inbox  NoReply@MyFax.com  Successful transmission to 14046015846. Re: UNKNOWN        **05/01/2018 10**
**12:50 am   k**



Hi Nu Alliance,                                          **Re: UNKNOWN**

The fax you sent through MyFax to 14046015846 was successfully transmitted.

**Fax Details**

| | |
|---|---|
| **Date:** | 2018-05-01 04:52:32 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 74 seconds |
| **Receiving Machine Fax ID:** | 14046015846 |

If you have any questions, please call (866) 563-9212 or visit our online help center at www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

    

© 2018 j2 Global, Inc. and affiliates. All rights reserved.
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Inbox  NoReply@MyFax.com Successful transmission to 14046015846. Re: UNKNOWN          05/01/2018 10
                                                                                     12:52 am   k



> **EXHIBIT**
> **C**

| | | | |
|---|---|---|---|
| **To:** | Bank of America | **From:** | Nu Alliance Company |
| | Foreclosure /Bankruptcy Department | | |
| **Fax:** | 888-294-5658 | **Pages:** | 2 |
| **Phone:** | 800-846-2222 | **Date:** | 05/1/2018 |
| **Re:** | Notice of Bankruptcy Filing | **cc:** | |

✓  ☐ *Urgent*  ☐ *For Review*  ☐ *Please Comment*  ☐ *Please Reply*  ☐ *Please Recycle*

●*Comments:*
Hello:

Please see the attached Notice of Bankruptcy filing for the following below:

**Nu Alliance Company**            **Case # 18-03533**

**Property address:**
5801 Rock Springs Rd.
Lithonia, GA 30038

Name: Doris Ross & Anthony Ross
Attorney's File Number: BAC-18-01109-1
**Servicing Lender's #: 6827 8002 811899**

**Nu Alliance Company is the owner of the above mentioned property, Deed recorded in the Clerk of Superior Court Dekalb County Book 26872, Page 519. This is a request to cancel the scheduled sale for May 1, 2018 on the above mentioned property.**

**According to the United States Bankruptcy Provision Code 11 U.S.C. 362 an automatic stay is imposed on the property.**

Thank you
Nu Alliance Company
470-253-4591



**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE _____ District of FLORIDA _____
(State)

Case number (*if known*): 18-03533 _____ Chapter 7 ____

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | NU ALLIANCE COMPANY |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 33 - 2665261 |

4. **Debtor's address**

| **Principal place of business** | | | **Mailing address, if different from principal place of business** | | |
|---|---|---|---|---|---|
| 3630      AVENUE H W. | | | 7000      EUNICE DRIVE | | |
| Number    Street | | | Number    Street | | |
| | | | P.O. Box | | |
| RIVIERA BEACH | FL | 33404 | RIVERDALE | GA | 30274 |
| City | State | ZIP Code | City | State | ZIP Code |

| PALM BEACH | **Location of principal assets, if different from principal place of business** | | |
|---|---|---|---|
| County | | | |
| | Number | Street | |
| | City | State | ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____



Hi Nu Alliance,                                                        **Re: UNKNOWN**

The fax you sent through MyFax to 18006580395 was successfully transmitted.

### Fax Details

| | |
|---|---|
| **Date:** | 2018-05-01 05:11:36 (GMT) |
| **Number of Pages:** | 2 |
| **Length of Transmission:** | 103 seconds |
| **Receiving Machine Fax ID:** | BankofAmerica-MtgPL |

If you have any questions, please call (866) 563-9212 or visit our online help center at www.myfax.com/support. Thank you for using the MyFax service.

Sincerely,
The MyFax Team

   

© 2018 j2 Global, Inc. and affiliates. All rights reserved
MyFax is a registered trademark of j2 Global, Inc. and affiliates.
6922 Hollywood Blvd., Los Angeles, CA 90028

Your use of the MyFax service is subject to the terms of the MyFax Customer Agreement.

Inbox  NoReply@MyFax.com Successful transmission to 18006580395. Re: UNKNOWN        05/01/2018 10
                                                                                   1:11 am    k

# EXHIBIT

# D



Tue May 01 19:38:22 GMT 2018

This Signature Proof of Delivery Letter has been requested by:
Name:

Comments:



May 1,2018

Dear Customer:

The following is the proof-of-delivery for tracking number **780703212298**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | T.MITCHELL | Delivery location: | Peachtree Corners, GA |
| Service type: | FedEx Standard Overnight | Delivery date: | Apr 27, 2018 09:43 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 780703212298 | Ship date: | Apr 26, 2018 |
| | | Weight: | 0.5 lbs/0.2 kg |

Recipient:
Peachtree Corners, GA US

Shipper:
Hempstead, NY US

Thank you for choosing FedEx.

# FedEx.

Address:                    510 STEWART AVENUE
                            GARDEN CITY
                            NY 11530
Location:                   BPAA
Device ID:                  -BTC02
Transaction:                910196503373

---

**FedEx Standard Overnight**
780703212298      0.5 lbs. (M)            35,10
   Declared Value    0

Recipient Address:
     rublin & lublin
     3145 avalon ridge pl
     ste 100
     Peachtree Corners, GA 30071
     0000000000

Scheduled Delivery Date 4/27/2018

Pricing option:
     ONE RATE

Package Information:
     FEDEX ENVELOPE

# EXHIBIT

# E



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
100 Worth Tryon St
Charlotte, NC 28255

9590 9402 4068 8079 0502 56

2. Article Number (Transfer from service label)
7017 1450 0001 7775 8046

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

A. Signature
X Harris Little                    □ Agent
                                   □ Addressee
B. Received by (Printed Name)      C. Date of Delivery
Harris Little
D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

USPS SDC
APR 23 2018
REGISTER



SENDER

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

___ublic LLC
___ton Ridge Place    Ste 100
Peachtree Corners, GA 30071

9590 9402 4068 8079 0502 63

2. Article Number (Transfer from service label)
7017 3380 0001 0596 2091

PS Form 3811, July 2015 PSN 7530-02-000          Domestic Return Receipt

**ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...**

# USPS Tracking®

**FAQs** > **(http://faq.usps.com/?articleId=220900)**

### Track Another Package  +

**Tracking Number:** 70171450000177757957

Remove ✕

Your item was picked up at a postal facility at 9:40 am on April 9, 2018 in NORCROSS, GA 30091.

## ⊘ Delivered

April 9, 2018 at 9:40 am
Delivered, Individual Picked Up at Postal Facility
NORCROSS, GA 30091

---

### Tracking History        ⌃

**April 9, 2018, 9:40 am**
Delivered, Individual Picked Up at Postal Facility
NORCROSS, GA 30091
Your item was picked up at a postal facility at 9:40 am on April 9, 2018 in NORCROSS, GA 30091.

**April 7, 2018, 10:09 am**
Out for Delivery
NORCROSS, GA 30071

**April 7, 2018, 9:59 am**
Sorting Complete
NORCROSS, GA 30071

**April 7, 2018, 9:20 am**
Arrived at Unit
NORCROSS, GA 30071



**April 6, 2018, 11:16 pm**
Departed USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**April 6, 2018**
In Transit to Next Facility

**April 5, 2018, 9:07 pm**
Arrived at USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**April 5, 2018, 4:20 pm**
Departed Post Office
LITHONIA, GA 30058

**April 5, 2018, 3:11 pm**
USPS in possession of item
LITHONIA, GA 30058

**Product Information**                                                    ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

## The easiest tracking number is the one you don't have to know.

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

### Sign Up

### (https://reg.usps.com/entreg/RegistrationAction_input?

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS' automated equipment.

app=UspsTools&appURL=https%3A%2F%2Ftools.usps.com%2Fg

**ALERT: AS OF APRIL 30, USPS.COM NO LONGER SUPPORTS OUTDATED BROWSERS. TO CO...**

# USPS Tracking®

**FAQs ›** (http://faq.usps.com/?articleId=220900)

## Track Another Package ✛

Remove ✕

**Tracking Number:** 70171450000177757971

Your item was picked up at a postal facility at 9:40 am on April 9, 2018 in NORCROSS, GA 30091.

## ✅ Delivered

April 9, 2018 at 9:40 am
Delivered, Individual Picked Up at Postal Facility
NORCROSS, GA 30091

---

### Tracking History ⌃

**April 9, 2018, 9:40 am**
Delivered, Individual Picked Up at Postal Facility
NORCROSS, GA 30091
Your item was picked up at a postal facility at 9:40 am on April 9, 2018 in NORCROSS, GA 30091.

**April 7, 2018, 5:35 pm**
Available for Pickup
NORCROSS, GA 30093

**April 7, 2018, 10:01 am**
Delivery Attempted - No Access to Delivery Location
NORCROSS, GA 30071

**April 7, 2018, 9:20 am**
Arrived at Unit
NORCROSS, GA 30071



**April 6, 2018, 11:15 pm**
Departed USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**April 6, 2018**
In Transit to Next Facility

**April 5, 2018, 9:07 pm**
Arrived at USPS Regional Facility
ATLANTA NORTH METRO DISTRIBUTION CENTER

**April 5, 2018, 4:20 pm**
Departed Post Office
LITHONIA, GA 30058

**April 5, 2018, 3:11 pm**
USPS in possession of item
LITHONIA, GA 30058

---

**Product Information**                ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**

**The easiest tracking number is the one you don't have to know.**

With Informed Delivery®, you never have to type in another tracking number. Sign up to:

- See images* of incoming mail.

- Automatically track the packages you're expecting.

- Set up email and text alerts so you don't need to enter tracking numbers.

- Enter USPS Delivery Instructions™ for your mail carrier.

**Sign Up**

**(https://reg.usps.com/entreg/RegistrationAction_input?**

*NOTE: Black and white (grayscale) images show the outside, front of letter-sized envelopes and mailpieces that are processed through USPS automated equipment.