**[8advdismd]** [ORDER DISMISSING ADVERSARY PROCEEDING]

ORDERED.

**Dated: June 12, 2018**

Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:  Case No. 8:18−bk−03533−CPM
NU Alliance Company  Chapter 7

_____Debtor*_____/

NU Alliance Company

    Plaintiff*

                                                         Adv. Pro. No. 8:18−ap−00241−CPM
vs.

The Law Office of RUBIN LUBLIN, LLC

_____Defendant*_____/

ORDER DISMISSING ADVERSARY PROCEEDING

   THIS ADVERSARY PROCEEDING came on for consideration, without a hearing, for the purpose of considering the entry of an appropriate order disposing of the above−captioned adversary proceeding. The Court considered the record and finds that on May 14, 2018 the plaintiff filed a complaint during the pendency of the Chapter 7 case; that on June 12, 2018 this Court dismissed the Chapter 7 case. Accordingly, it is

   **ORDERED:**

   1. That the above−captioned adversary proceeding be, and the same is hereby, dismissed.

   2. All pending hearings are hereby cancelled.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.
*All references to "Plaintiff" or "Defendant" shall include and refer to multiple plaintiffs or defendants.